# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Dina Gloria Mazariegos

**BANKRUPTCY NO.** 1:09−bk−15063−GM

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8165
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/20/10

**Address:**
6916 Bertrand Ave
Reseda, CA 91335

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: August 20, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24                                                                                                  **28 / SBG**